# Majestic Car Spa 1 LLP
## Check Register
### June 28 through September 28, 2004

6:53 PM
10/13/04
Accrual Basis

| Type | Date | Num | Name | Memo | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|---|
| **Jun 28 - Sep 28, 04** | | | | | | | | |
| Check | 9/28/2004 | 3013 | Wash Systems Inc | | 1005 · Majestic Car... | | 5100 · Car Wa... | -836.83 |
| Check | 9/28/2004 | 3017 | Val Pack of Southwest | | 1005 · Majestic Car... | | 6100 · Advertis... | -715.00 |
| Check | 9/24/2004 | | tranfer to partnership | | 1010 · Majestic Car... | | 1010 · Majestic... | -12,000.00 |
| Check | 9/24/2004 | | US Treasury | | 1010 · Majestic Car... | | -SPLIT- | -2,197.46 |
| Check | 9/20/2004 | 2996 | Sams | | 1005 · Majestic Car... | | 2C08 · Sams C... | -600.00 |
| Check | 9/17/2004 | 2993 | Signtronix or Greg R... | | 1005 · Majestic Car... | | Signs | -946.50 |
| Check | 9/16/2004 | 2992 | Eric A Liepins PC | | 1005 · Majestic Car... | | 6280 · Legal F... | -5,000.00 |
| Check | 9/15/2004 | 2986 | Cash | | 1005 · Majestic Car... | | 5500 · Contract... | -6,000.00 |
| Check | 9/15/2004 | | Skelly Benisa | | 1005 · Majestic Car... | | 5500 · Contract... | -600.00 |
| Check | 9/10/2004 | 2980 | US Treasury | | 1010 · Majestic Car... | X | -SPLIT- | -2,217.03 |
| Check | 9/10/2004 | | tranfer to partnership | | 1005 · Majestic Car... | X | 1010 · Majestic... | -12,000.00 |
| Check | 9/10/2004 | 2981 | Skelly Benisa | | 1005 · Majestic Car... | X | 5500 · Contract... | -710.00 |
| Check | 9/9/2004 | 2970 | Wash Systems Inc | | 1005 · Majestic Car... | X | 5100 · Car Wa... | -662.82 |
| Check | 9/9/2004 | 2971 | citi bank | | 1005 · Majestic Car... | X | 2007 · Citi Car... | -691.61 |
| Check | 9/5/2004 | 2965 | City of Cedar Hill | | 1005 · Majestic Car... | X | Water | -1,837.09 |
| Check | 9/1/2004 | 2957 | Val Pack of Southwest | | 1005 · Majestic Car... | X | 6100 · Advertis... | -1,000.00 |
| Check | 9/1/2004 | | Transfer to 1352 | | 1000 · Majestic Car... | X | 1005 · Majestic... | -5,500.00 |
| Check | 8/31/2004 | | US Treasury | | 1010 · Majestic Car... | X | -SPLIT- | -710.00 |
| Check | 8/31/2004 | 2946 | City Wide Grease Tr... | | 1005 · Majestic Car... | X | Trash | -875.00 |
| Check | 8/31/2004 | 2948 | TXU Energy | | 1005 · Majestic Car... | X | Gas and Electric | -2,365.40 |
| Check | 8/31/2004 | | | | 1005 · Majestic Car... | X | 6045 · Adj for c... | -626.94 |
| Check | 8/27/2004 | | | | 1010 · Majestic Car... | X | Uncleared payr... | -2,499.04 |
| Check | 8/27/2004 | | US Treasury | | 1C10 · Majestic Car... | X | -SPLIT- | -1,912.54 |
| Check | 8/23/2004 | | Transfer to 1352 | | 1005 · Majestic Car... | X | 1010 · Majestic... | -10,500.00 |
| Check | 8/18/2004 | 2920 | Wash Systems Inc | VOID: | 1010 · Majestic Car... | X | 1005 · Majestic... | -4,000.00 |
| Check | 8/15/2004 | 2921 | Nana Bayin Wilson | | 1005 · Majestic Car... | X | 5100 · Car Wa... | -1,561.24 |
| Check | 8/13/2004 | | Transfer to Partners... | | 1005 · Majestic Car... | X | 2045 · N/P Na... | -700.00 |
| Check | 8/13/2004 | | US Treasury | | 1010 · Majestic Car... | X | 1010 · Majestic... | -12,000.00 |
| Check | 8/8/2004 | 2894 | The Hartford | | 1005 · Majestic Car... | X | -SPLIT- | -2,383.46 |
| Check | 8/8/2004 | 2882 | City of Cedar Hill | | 1005 · Majestic Car... | X | Water | -1,211.75 |
| Check | 8/3/2004 | 2885 | TXU Energy | | 1005 · Majestic Car... | X | Work Comp | -1,427.72 |
| Check | 7/30/2004 | 2861 | Robert Calhoun | | 1005 · Majestic Car... | X | Gas and Electric | -2,284.18 |
| Check | 7/30/2004 | | US Treasury | | 1010 · Majestic Car... | X | Salary & wage | -604.64 |
| Check | 7/22/2004 | 2848 | Val Pack of Southwest | | 1005 · Majestic Car... | X | -SPLIT- | -2,697.40 |
| Check | 7/22/2004 | 2852 | CD Distribution Servi... | | 1005 · Majestic Car... | X | 6100 · Advertis... | -1,000.00 |
| Check | 7/21/2004 | 2845 | Vision Printing Inc | | 1005 · Majestic Car... | X | 5100 · Car Wa... | -744.29 |
| Check | 7/21/2004 | 2846 | American Financial ... | | 1005 · Majestic Car... | X | 6100 · Advertis... | -717.70 |
| Check | 7/16/2004 | | US Treasury | | 1010 · Majestic Car... | X | Liability Insura... | -1,336.87 |
| Check | 7/15/2004 | | Transfer to Payroll | | 1010 · Majestic Car... | X | -SPLIT- | -2,519.55 |
| Check | 7/15/2004 | 2826 | Robert Calhoun | | 1005 · Majestic Car... | X | 1010 · Majestic... | -18,000.00 |
| Check | 7/15/2004 | | US Treasury | | 1010 · Majestic Car... | X | -SPLIT- | -2,519.55 |
| Check | 7/10/2004 | 2812 | The Hartford | | 1005 · Majestic Car... | X | Salary & wage | -615.07 |
| Check | 7/10/2004 | 2813 | Nana Bayin Wilson | | 1005 · Majestic Car... | X | Work Comp | -1,200.00 |
| Check | 7/9/2004 | 2805 | Friendly | | 1005 · Majestic Car... | X | 2045 · N/P Na... | -600.00 |
| Check | 7/8/2004 | 2802 | Wash Systems Inc | | 1005 · Majestic Car... | X | 5000 · Cost Of... | -629.37 |
| Check | 7/7/2004 | 2800 | TXU Energy | | 1005 · Majestic Car... | X | 5100 · Car Wa... | -1,324.49 |
| Check | 7/4/2004 | 2794 | Nana Bayin Wilson | | 1005 · Majestic Car... | | Gas and Electric | -2,149.31 |
| Check | | | | | | | 2045 · N/P Na... | -600.00 |

Page 1

6:53 PM
10/13/04
Accrual Basis

# Majestic Car Spa 1 LLP
## Check Register
### June 28 through September 28, 2004

| Type | Date | Num | Name | Memo | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|---|
| Check | 7/4/2004 | | Southwestern Bell | | 1005 · Majestic Car ... | X | 6340 · Telepho... | -657.33 |
| Check | 7/2/2004 | 2795 | City of Cedar Hill | | 1005 · Majestic Car ... | X | Water | -1,245.14 |
| Check | 7/2/2004 | 2779 | US Treasury | | 1010 · Majestic Car ... | X | -SPLIT- | -2,050.30 |

Jun 28 - Sep 28, 04                                                                 -133,782.62