6:57 PM
10/13/04
Accrual Basis

# Majestic Car Spa 1 LLP
## Draws--9/28/2003-9/28/2004
### As of September 28, 2004

| Type | Date | Num | Name | Split | Amount |
|---|---|---|---|---|---|
| **3200 · Partner Tetteh Equity** | | | | | |
| **Draws** | | | | | |
| Credit Card Charge | 6/17/2004 | | Whole Foods Market | 2003 · Capital ... | -49.18 |
| Credit Card Charge | 6/18/2004 | | Kroger | 2005 · Chase ... | -24.87 |
| Credit Card Charge | 6/19/2004 | | Carnival | 2005 · Chase ... | -50.52 |
| General Journal | 6/30/2004 | 1603 | | 2250 · Note Pa... | 124.57 |
| Credit Card Charge | 7/23/2004 | | American Airlines | 2003 · Capital ... | -262.20 |
| Credit Card Charge | 8/7/2004 | | Eckerds | 2003 · Capital ... | -11.91 |
| Check | 8/13/2004 | 2909 | Cash | 1005 · Majestic... | -500.00 |
| **Total Draws** | | | | | -774.11 |
| **Total 3200 · Partner Tetteh Equity** | | | | | -774.11 |
| **TOTAL** | | | | | -774.11 |