4:47 PM

12/26/04

Accrual Basis

# Majestic Car Spa 1 LLP
## Profit & Loss Forecast Overview
### January through December 2005

|  | Jan 05 | Feb 05 | Mar 06 |
|---|---|---|---|
| **Ordinary Income/Expense** |  |  |  |
| **Income** |  |  |  |
| 4000 · Merchandise Sales | 44,000.00 | 50,000.00 | 54,000.00 |
| 4001 · Discounts | -3,801.14 | -3,759.91 | -5,787.53 |
| 4005 · Returned checks |  | 0.00 |  |
| 4050 · Sales | 0.00 |  |  |
| 4070 · Services |  |  |  |
| **Total Income** | 40,198.86 | 46,240.09 | 48,212.47 |
| **Cost of Goods Sold** |  |  |  |
| 5000 · Cost Of Goods Sold | 1,036.11 | 1,000.00 | 1,000.00 |
| 5100 · Car Wash Supplies | 1,500.00 | 1,600.00 | 1,637.99 |
| **Total COGS** | 2,536.11 | 2,600.00 | 2,637.99 |
| **Gross Profit** | 37,662.75 | 43,640.09 | 45,574.48 |
| **Expense** |  |  |  |
| 5250 · Repair of Customer Car | 100.00 | 400.00 | 200.00 |
| 5300 · Inventory Adjustment Expense |  | 0.00 |  |
| 5500 · Contract Labor | 200.00 | 542.75 | 450.00 |
| 6045 · Adj for credit card delays |  |  | 0.00 |
| 6100 · Advertising | 400.00 | 422.18 | 2,340.59 |
| 6110 · Automobile Expense | 100.00 | 100.00 | 100.00 |
| 6120 · Bank Service Charges | 623.33 | 528.80 | 551.70 |
| 6150 · Depreciation Expense | 3,160.00 | 3,160.00 | 3,160.00 |
| 6155 · Donations | 50.00 | 50.00 | 50.00 |
| 6160 · Dues and Subscriptions |  |  |  |
| 6180 · Insurance |  |  |  |
| Health |  | 0.00 | 0.00 |
| Liability Insurance | 1,000.00 | 1,000.00 | 1,001.95 |
| Work Comp | 1,328.00 | 1,294.00 | 1,611.00 |
| **Total 6180 · Insurance** | 2,328.00 | 2,294.00 | 2,612.95 |
| 6200 · Interest Expense |  |  |  |
| 6210 · Finance Charge |  |  |  |
| **Total 6200 · Interest Expense** |  |  |  |
| 6250 · Postage and Delivery | 25.00 | 13.85 | 21.87 |
| 6265 · ADP Payroll Service | 112.00 | 112.00 | 112.00 |
| 6270 · Professional Fees |  |  |  |
| 6275 · US Trutee Bankruptcy | 250.00 |  |  |
| 6280 · Legal Fees | 0.00 |  |  |
| 6285 · Accounting | 400.00 | 400.00 | 400.00 |
| **Total 6270 · Professional Fees** | 650.00 | 400.00 | 400.00 |
| 6290 · Rent |  |  | 0.00 |
| 6300 · Repairs & Maintenance |  |  |  |
| Building repair & cleaning | 200.00 | 434.17 | 165.62 |
| Computer Repairs |  | 100.00 | 128.80 |
| Equipment Repairs |  | 100.00 | 100.00 |
| Lawn expense | 80.00 | 80.00 | 80.00 |
| **Total 6300 · Repairs & Maintenance** | 280.00 | 714.17 | 474.42 |
| 6325 · Office Supplies | 50.00 | 50.00 | 75.00 |
| 6330 · Small Tools |  |  | 20.00 |
| 6340 · Telephone | 300.00 | 300.00 | 300.00 |
| 6350 · Travel & Entertainment |  |  |  |
| 6370 · Meals | 25.00 | 100.00 | 50.00 |
| **Total 6350 · Travel & Entertainment** | 25.00 | 100.00 | 50.00 |
| 6385 · Uniforms | 100.00 | 100.00 | 100.00 |

4:47 PM

12/26/04

Accrual Basis

# Majestic Car Spa 1 LLP
# Profit & Loss Forecast Overview
### January through December 2005

| | Apr 05 | May 05 | Jun 05 |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| 4000 · Merchandise Sales | 50,000.00 | 55,000.00 | 50,000.00 |
| 4001 · Discounts | -858.10 | -4,701.59 | -4,409.03 |
| 4005 · Returned checks | | | |
| 4050 · Sales | | 0.00 | |
| 4070 · Services | 0.00 | | 0.00 |
| **Total Income** | 49,141.90 | 50,298.41 | 45,590.97 |
| **Cost of Goods Sold** | | | |
| 5000 · Cost Of Goods Sold | 1,500.00 | 1,393.78 | 1,300.00 |
| 5100 · Car Wash Supplies | 2,423.17 | 1,432.76 | 1,104.95 |
| **Total COGS** | 3,923.17 | 2,826.54 | 2,404.95 |
| **Gross Profit** | 45,218.73 | 47,471.87 | 43,186.02 |
| **Expense** | | | |
| 6250 · Repair of Customer Car | 200.00 | 300.00 | 200.00 |
| 6300 · Inventory Adjustment Expense | | | |
| 5500 · Contract Labor | 200.00 | 300.00 | 300.00 |
| 6045 · Adj for credit card delays | 0.00 | 0.00 | 0.00 |
| 6100 · Advertising | 160.00 | 3,500.00 | 2,544.73 |
| 6110 · Automobile Expense | 133.16 | 149.94 | 125.00 |
| 6120 · Bank Service Charges | 556.00 | 500.37 | 667.14 |
| 6150 · Depreciation Expense | 3,160.00 | 3,160.00 | 3,160.00 |
| 6155 · Donations | 25.00 | 100.00 | 50.00 |
| 6160 · Dues and Subscriptions | 29.00 | 0.00 | |
| 6180 · Insurance | | | |
| Health | | | |
| Liability Insurance | 1,000.00 | 1,000.00 | 1,000.00 |
| Work Comp | 2,006.00 | 1,565.76 | 1,655.00 |
| **Total 6180 · Insurance** | 3,006.00 | 2,565.76 | 2,655.00 |
| 6200 · Interest Expense | | | |
| 6210 · Finance Charge | | | |
| **Total 6200 · Interest Expense** | | | |
| 6260 · Postage and Delivery | 20.00 | 20.00 | 20.00 |
| 6285 · ADP Payroll Service | 112.00 | 112.00 | 112.00 |
| 6270 · Professional Fees | | | |
| 6275 · US Trutee Bankruptcy | 250.00 | | |
| 6280 · Legal Fees | | | |
| 6285 · Accounting | 400.00 | 400.00 | 400.00 |
| **Total 6270 · Professional Fees** | 650.00 | 400.00 | 400.00 |
| 6290 · Rent | | | 0.00 |
| 6300 · Repairs & Maintenance | | | |
| Building repair & cleaning | 245.01 | 465.00 | 200.00 |
| Computer Repairs | 64.53 | 50.00 | 50.00 |
| Equipment Repairs | 200.00 | 200.00 | 225.69 |
| Lawn expense | 80.00 | 155.00 | 80.00 |
| **Total 6300 · Repairs & Maintenance** | 589.54 | 870.00 | 555.69 |
| 6325 · Office Supplies | 75.00 | 187.71 | |
| 6330 · Small Tools | | | |
| 6340 · Telephone | 300.00 | 300.00 | 300.00 |
| 6350 · Travel & Entertainment | | | |
| 6370 · Meals | 25.00 | 25.00 | 25.00 |
| **Total 6350 · Travel & Entertainment** | 25.00 | 25.00 | 25.00 |
| 6385 · Uniforms | 100.00 | 100.00 | 100.00 |

4:47 PM

12/26/04

Accrual Basis

# Majestic Car Spa 1 LLP
# Profit & Loss Forecast Overview
### January through December 2005

| | Jul 05 | Aug 05 | Sep 05 |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| 4000 · Merchandise Sales | 59,000.00 | 50,000.00 | 53,000.00 |
| 4001 · Discounts | -3,500.00 | -2,479.40 | -5,326.24 |
| 4005 · Returned checks | | | |
| 4050 · Sales | | | |
| 4070 · Services | | | |
| **Total Income** | 55,500.00 | 47,520.60 | 47,673.76 |
| **Cost of Goods Sold** | | | |
| 5000 · Cost Of Goods Sold | 1,400.00 | 1,500.00 | 1,500.00 |
| 5100 · Car Wash Supplies | 1,500.00 | 893.47 | 1,956.06 |
| **Total COGS** | 2,900.00 | 2,393.47 | 3,456.06 |
| **Gross Profit** | 52,600.00 | 45,127.13 | 44,217.70 |
| **Expense** | | | |
| 6250 · Repair of Customer Car | 200.00 | 200.00 | 200.00 |
| 5300 · Inventory Adjustment Expense | | | |
| 6500 · Contract Labor | 225.42 | 200.00 | 200.00 |
| 6045 · Adj for credit card delays | | | |
| 6100 · Advertising | 1,428.00 | 670.36 | 925.00 |
| 6110 · Automobile Expense | 337.07 | 325.85 | 113.43 |
| 6120 · Bank Service Charges | 794.86 | 917.59 | 638.84 |
| 6150 · Depreciation Expense | 3,160.00 | 3,160.00 | 3,160.00 |
| 6155 · Donations | 50.00 | 50.00 | 50.00 |
| 6160 · Dues and Subscriptions | 50.00 | | |
| 6180 · Insurance | | | |
| Health | | | |
| Liability Insurance | 1,000.00 | 1,000.00 | 1,000.00 |
| Work Comp | 1,709.00 | 2,029.00 | 1,931.00 |
| **Total 6180 · Insurance** | 2,709.00 | 3,029.00 | 2,931.00 |
| 6200 · Interest Expense | | | |
| 6210 · Finance Charge | 5.30 | 79.21 | |
| **Total 6200 · Interest Expense** | 5.30 | 79.21 | |
| 6250 · Postage and Delivery | 25.00 | 25.00 | 52.17 |
| 6266 · ADP Payroll Service | 112.00 | 112.00 | 112.00 |
| 6270 · Professional Fees | | | |
| 6275 · US Trutee Bankruptcy | 250.00 | | |
| 6280 · Legal Fees | | | |
| 6285 · Accounting | 500.00 | 500.00 | 700.00 |
| **Total 6270 · Professional Fees** | 750.00 | 500.00 | 700.00 |
| 6290 · Rent | | | |
| 6300 · Repairs & Maintenance | | | |
| Building repair & cleaning | 465.00 | 200.00 | 200.00 |
| Computer Repairs | 100.00 | 100.00 | 64.95 |
| Equipment Repairs | 100.00 | 100.00 | 70.36 |
| Lawn expense | 120.00 | 120.00 | 120.00 |
| **Total 6300 · Repairs & Maintenance** | 785.00 | 520.00 | 455.31 |
| 6325 · Office Supplies | 200.00 | 100.00 | 132.42 |
| 6330 · Small Tools | | | |
| 6340 · Telephone | 322.55 | 320.00 | 300.00 |
| 6350 · Travel & Entertainment | | | |
| 6370 · Meals | 25.00 | 25.00 | 25.00 |
| **Total 6350 · Travel & Entertainment** | 25.00 | 25.00 | 25.00 |
| 6385 · Uniforms | 100.00 | 100.00 | 100.00 |

4:47 PM

12/26/04

Accrual Basis

# Majestic Car Spa 1 LLP
## Profit & Loss Forecast Overview
### January through December 2005

| | Jul 05 | Aug 05 | Sep 05 |
|---|---|---|---|
| **6390 · Utilities** | | | |
| Alarm | 53.05 | 53.05 | 55.96 |
| Gas and Electric | 1,700.00 | 1,700.00 | 2,595.26 |
| Internet | | | |
| Trash | 76.00 | 76.00 | 76.00 |
| Water | 1,394.80 | 1,200.00 | 1,128.89 |
| **Total 6390 · Utilities** | 3,223.85 | 3,029.05 | 3,856.11 |
| **6560 · Payroll Expenses** | | | |
| Fed Unemp Tax Expense | 93.06 | 113.93 | 70.31 |
| Fica & Medicare Expense | 1,847.37 | 2,676.31 | 1,608.46 |
| Salary & wage expense | 24,148.61 | 22,000.00 | 21,481.81 |
| TX Workforce tax exp | 1,740.78 | 453.70 | 260.42 |
| **Total 6560 · Payroll Expenses** | 27,829.82 | 25,243.94 | 23,421.00 |
| **6820 · Taxes** | | | |
| Property | 1,460.00 | 1,460.00 | 1,460.00 |
| **Total 6820 · Taxes** | 1,460.00 | 1,460.00 | 1,460.00 |
| **Total Expense** | 43,792.87 | 40,067.00 | 38,832.28 |
| **Net Ordinary Income** | 8,807.13 | 5,060.13 | 5,385.42 |
| **Net Income** | 8,807.13 | 5,060.13 | 5,385.42 |

4:47 PM

12/26/04

Accrual Basis

# Majestic Car Spa 1 LLP
## Profit & Loss Forecast Overview
### January through December 2005

| | Oct 05 | Nov 05 | Dec 05 |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| 4000 · Merchandise Sales | 58,271.03 | 51,000.00 | 51,000.00 |
| 4001 · Discounts | -7,221.00 | -6,336.34 | -6,300.00 |
| 4005 · Returned checks | | | |
| 4050 · Sales | | | |
| 4070 · Services | | | |
| **Total Income** | 51,050.03 | 44,663.66 | 44,700.00 |
| **Cost of Goods Sold** | | | |
| 5000 · Cost Of Goods Sold | 1,500.00 | 1,500.00 | 1,500.00 |
| 5100 · Car Wash Supplies | 1,680.60 | 1,226.66 | 1,492.99 |
| **Total COGS** | 3,180.60 | 2,726.66 | 2,992.99 |
| **Gross Profit** | 47,869.43 | 41,937.00 | 41,707.01 |
| **Expense** | | | |
| 5250 · Repair of Customer Car | 130.00 | 100.00 | 44.76 |
| 5300 · Inventory Adjustment Expense | | | |
| 5500 · Contract Labor | 368.00 | 300.00 | 586.03 |
| 6045 · Adj for credit card delays | | | |
| 6100 · Advertising | 2,200.00 | 1,000.00 | 717.70 |
| 6110 · Automobile Expense | 125.00 | 113.55 | 124.10 |
| 6120 · Bank Service Charges | 775.03 | 800.00 | 858.82 |
| 6150 · Depreciation Expense | 3,160.00 | 3,160.00 | 3,160.00 |
| 6165 · Donations | 50.00 | 50.00 | 50.00 |
| 6160 · Dues and Subscriptions | | | |
| 6180 · Insurance | | | |
|   Health | 228.00 | | |
|   Liability Insurance | 1,000.00 | 1,000.00 | 1,000.00 |
|   Work Comp | 1,900.00 | 1,900.00 | 1,900.00 |
| **Total 6180 · Insurance** | 3,128.00 | 2,900.00 | 2,900.00 |
| 6200 · Interest Expense | | | |
|   6210 · Finance Charge | | | |
| **Total 6200 · Interest Expense** | | | |
| 6250 · Postage and Delivery | 25.00 | 25.00 | 25.00 |
| 6265 · ADP Payroll Service | 112.00 | 112.00 | 112.00 |
| 6270 · Professional Fees | | | |
|   6275 · US Trustee Bankruptcy | 250.00 | | |
|   6280 · Legal Fees | | | |
|   6285 · Accounting | 600.00 | 450.00 | 610.00 |
| **Total 6270 · Professional Fees** | 850.00 | 450.00 | 610.00 |
| 6290 · Rent | | | |
| 6300 · Repairs & Maintenance | | | |
|   Building repair & cleaning | 200.00 | 166.26 | 100.00 |
|   Computer Repairs | 100.00 | 100.00 | 100.00 |
|   Equipment Repairs | 100.00 | 100.00 | 100.00 |
|   Lawn expense | 120.00 | 120.00 | 120.00 |
| **Total 6300 · Repairs & Maintenance** | 520.00 | 486.26 | 420.00 |
| 6325 · Office Supplies | 88.50 | 50.00 | 50.00 |
| 6330 · Small Tools | | | |
| 6340 · Telephone | 300.00 | 300.00 | 300.00 |
| 6350 · Travel & Entertainment | | | |
|   6370 · Meals | 25.00 | 25.00 | 25.00 |
| **Total 6350 · Travel & Entertainment** | 25.00 | 25.00 | 25.00 |
| 6385 · Uniforms | 100.00 | 50.00 | 50.00 |

4:47 PM

12/26/04

Accrual Basis

# Majestic Car Spa 1 LLP
## Profit & Loss Forecast Overview
### January through December 2005

| | Oct 05 | Nov 05 | Dec 05 |
|---|---|---|---|
| **6390 · Utilities** | | | |
| Alarm | 53.96 | 53.96 | 55.96 |
| Gas and Electric | 3,340.34 | 3,216.36 | 3,300.00 |
| Internet | | | |
| Trash | 76.00 | 76.00 | 76.00 |
| Water | 1,129.00 | 1,129.00 | 1,129.00 |
| Total 6390 · Utilities | 4,599.30 | 4,475.32 | 4,560.96 |
| **6560 · Payroll Expenses** | | | |
| Fed Unemp Tax Expense | 83.01 | 42.61 | 74.85 |
| Fica & Medicare Expense | 1,670.49 | 974.36 | 1,500.00 |
| Salary & wage expense | 21,000.00 | 19,712.75 | 19,000.00 |
| TX Workforce tax exp | 1,397.79 | 159.27 | 304.70 |
| Total 6560 · Payroll Expenses | 24,151.29 | 20,888.99 | 20,879.55 |
| **6820 · Taxes** | | | |
| Property | 1,460.00 | 1,460.00 | 1,460.00 |
| Total 6820 · Taxes | 1,460.00 | 1,460.00 | 1,460.00 |
| **Total Expense** | 42,167.12 | 36,746.12 | 36,933.92 |
| **Net Ordinary Income** | 5,702.31 | 5,190.88 | 4,773.09 |
| **Net Income** | 5,702.31 | 5,190.88 | 4,773.09 |

4:47 PM

12/28/04

Accrual Basis

# Majestic Car Spa 1 LLP
# Profit & Loss Forecast Overview
### January through December 2005

| | TOTAL |
|---|---|
| | Jan - Dec 05 |
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · Merchandise Sales | 625,271.03 |
| 4001 · Discounts | -54,480.28 |
| 4005 · Returned checks | 0.00 |
| 4050 · Sales | 0.00 |
| 4070 · Services | 0.00 |
| **Total Income** | 570,790.75 |
| **Cost of Goods Sold** | |
| 5000 · Cost Of Goods Sold | 16,129.89 |
| 5100 · Car Wash Supplies | 18,448.65 |
| **Total COGS** | 34,578.54 |
| **Gross Profit** | 536,212.21 |
| **Expense** | |
| 5250 · Repair of Customer Car | 2,274.76 |
| 5300 · Inventory Adjustment Expense | 0.00 |
| 5500 · Contract Labor | 3,872.20 |
| 6045 · Adj for credit card delays | 0.00 |
| 6100 · Advertising | 16,308.56 |
| 6110 · Automobile Expense | 1,847.10 |
| 6120 · Bank Service Charges | 8,212.48 |
| 6150 · Depreciation Expense | 37,920.00 |
| 6165 · Donations | 625.00 |
| 6160 · Dues and Subscriptions | 79.00 |
| 6180 · Insurance | |
|   Health | 228.00 |
|   Liability Insurance | 12,001.95 |
|   Work Comp | 20,828.76 |
| **Total 6180 · Insurance** | 33,058.71 |
| 6200 · Interest Expense | |
|   6210 · Finance Charge | 84.51 |
| **Total 6200 · Interest Expense** | 84.51 |
| 6250 · Postage and Delivery | 297.89 |
| 6265 · ADP Payroll Service | 1,344.00 |
| 6270 · Professional Fees | |
|   6275 · US Trutee Bankruptcy | 1,000.00 |
|   6280 · Legal Fees | 0.00 |
|   6285 · Accounting | 5,760.00 |
| **Total 6270 · Professional Fees** | 6,760.00 |
| 6290 · Rent | 0.00 |
| 6300 · Repairs & Maintenance | |
|   Building repair & cleaning | 3,041.06 |
|   Computer Repairs | 958.28 |
|   Equipment Repairs | 1,396.05 |
|   Lawn expense | 1,275.00 |
| **Total 6300 · Repairs & Maintenance** | 6,670.39 |
| 6325 · Office Supplies | 1,058.63 |
| 6330 · Small Tools | 20.00 |
| 6340 · Telephone | 3,642.55 |
| 6350 · Travel & Entertainment | |
|   6370 · Meals | 400.00 |
| **Total 6350 · Travel & Entertainment** | 400.00 |
| 6385 · Uniforms | 1,100.00 |

4:47 PM

12/26/04

Accrual Basis

## Majestic Car Spa 1 LLP
## Profit & Loss Forecast Overview
### January through December 2005

|  | TOTAL |
|  | Jan - Dec 05 |
| **6390 · Utilities** | |
| Alarm | 788.73 |
| Gas and Electric | 24,800.66 |
| Internet | 119.40 |
| Trash | 912.00 |
| Water | 18,164.54 |
| **Total 6390 · Utilities** | **44,785.33** |
| **6560 · Payroll Expenses** | |
| Fed Unemp Tax Expense | 1,355.12 |
| Fica & Medicare Expense | 19,450.00 |
| Salary & wage expense | 245,318.84 |
| TX Workforce tax exp | 7,294.74 |
| **Total 6560 · Payroll Expenses** | **273,418.70** |
| **6820 · Taxes** | |
| Property | 17,520.00 |
| **Total 6820 · Taxes** | **17,520.00** |
| **Total Expense** | **461,299.81** |
| **Net Ordinary Income** | **74,912.40** |
| **Net Income** | **74,912.40** |

6:09 PM

12/26/04

Accrual Basis

# Majestic Car Spa 1 LLP
## Profit & Loss Forecast Overview
### January through December 2006

| | Jan 06 | Feb 06 | Mar 06 |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| 4000 · Merchandise Sales | 47,000.00 | 51,000.00 | 60,000.00 |
| 4001 · Discounts | -3,801.14 | -3,759.91 | -5,787.53 |
| **Total Income** | 43,198.86 | 47,240.09 | 54,212.47 |
| **Cost of Goods Sold** | | | |
| 5000 · Cost Of Goods Sold | 1,200.00 | 1,200.00 | 1,727.21 |
| 5100 · Car Wash Supplies | 1,500.00 | 2,548.55 | 1,637.99 |
| **Total COGS** | 2,700.00 | 3,748.55 | 3,365.20 |
| **Gross Profit** | 40,498.86 | 43,491.54 | 50,847.27 |
| **Expense** | | | |
| 5250 · Repair of Customer Car | 200.00 | 200.00 | 400.00 |
| 5500 · Contract Labor | 200.00 | 400.00 | 450.00 |
| 6100 · Advertising | 500.00 | 422.18 | 2,340.59 |
| 6110 · Automobile Expense | 176.99 | 100.00 | 125.00 |
| 6120 · Bank Service Charges | 623.33 | 528.80 | 551.70 |
| 6150 · Depreciation Expense | 3,160.00 | 3,160.00 | 3,160.00 |
| 6155 · Donations | 50.00 | 50.00 | 50.00 |
| 6160 · Dues and Subscriptions | 50.00 | | |
| 6180 · Insurance | | | |
|   Liability Insurance | 1,000.00 | 1,000.00 | 1,001.95 |
|   Work Comp | 1,328.00 | 1,294.00 | 1,611.00 |
| **Total 6180 · Insurance** | 2,328.00 | 2,294.00 | 2,612.95 |
| 6250 · Postage and Delivery | 25.00 | 15.00 | 21.87 |
| 6265 · ADP Payroll Service | 112.00 | 112.00 | 112.00 |
| 6270 · Professional Fees | | | |
|   6275 · US Trutee Bankruptcy | 250.00 | | |
|   6280 · Legal Fees | 500.00 | 500.00 | 500.00 |
|   6285 · Accounting | 450.00 | 450.00 | 450.00 |
| **Total 6270 · Professional Fees** | 1,200.00 | 950.00 | 950.00 |
| 6300 · Repairs & Maintenance | | | |
|   Building repair & cleaning | 150.00 | 200.00 | 150.00 |
|   Computer Repairs | 200.00 | 50.00 | 128.80 |
|   Equipment Repairs | 200.00 | 100.00 | |
|   Lawn expense | 120.00 | 120.00 | 120.00 |
| **Total 6300 · Repairs & Maintenance** | 670.00 | 470.00 | 398.80 |
| 6325 · Office Supplies | 50.00 | 50.00 | 50.00 |
| 6340 · Telephone | 313.19 | 350.00 | 472.86 |
| 6350 · Travel & Entertainment | | | |
|   6370 · Meals | 50.00 | 50.00 | 50.00 |
| **Total 6350 · Travel & Entertainment** | 50.00 | 50.00 | 50.00 |
| 6385 · Uniforms | 100.00 | 100.00 | 100.00 |
| 6390 · Utilities | | | |
|   Alarm | 53.05 | 53.05 | 53.05 |
|   Gas and Electric | 1,459.66 | 1,563.24 | 1,219.99 |
|   Trash | 76.00 | 76.00 | 76.00 |
|   Water | 1,638.29 | 1,600.00 | 3,835.12 |
| **Total 6390 · Utilities** | 3,227.00 | 3,292.29 | 5,184.16 |
| 6560 · Payroll Expenses | | | |
|   Fed Unemp Tax Expense | 227.30 | 149.85 | 168.90 |
|   Fica & Medicare Expense | 1,500.00 | 1,485.57 | 1,850.33 |
|   Salary & wage expense | 18,000.00 | 20,735.61 | 24,307.35 |
|   TX Workforce tax exp | 767.09 | 524.32 | 605.28 |
| **Total 6560 · Payroll Expenses** | 20,494.39 | 22,895.35 | 26,931.86 |

6:09 PM

12/26/04

Accrual Basis

# Majestic Car Spa 1 LLP
## Profit & Loss Forecast Overview
### January through December 2006

|  | Jan 06 | Feb 06 | Mar 06 |
|---|---|---|---|
| 6820 · Taxes | | | |
| Property | 1,460.00 | 1,460.00 | 1,460.00 |
| Total 6820 · Taxes | 1,460.00 | 1,460.00 | 1,460.00 |
| Total Expense | 34,989.90 | 36,899.62 | 45,421.79 |
| Net Ordinary Income | 5,508.96 | 6,591.92 | 5,425.48 |
| Net Income | 5,508.96 | 6,591.92 | 5,425.48 |

6:09 PM

12/28/04

Accrual Basis

# Majestic Car Spa 1 LLP
## Profit & Loss Forecast Overview
### January through December 2006

| | Apr 06 | May 06 | Jun 06 |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| 4000 · Merchandise Sales | 51,130.13 | 50,200.26 | 51,842.97 |
| 4001 · Discounts | -858.10 | -4,701.59 | -4,409.03 |
| **Total Income** | 50,272.03 | 45,498.67 | 47,433.94 |
| **Cost of Goods Sold** | | | |
| 5000 · Cost Of Goods Sold | 1,800.00 | 1,393.78 | 1,800.00 |
| 5100 · Car Wash Supplies | 2,223.17 | 1,432.76 | 1,104.95 |
| **Total COGS** | 4,023.17 | 2,826.54 | 2,904.95 |
| **Gross Profit** | 46,248.86 | 42,672.13 | 44,528.99 |
| **Expense** | | | |
| 5250 · Repair of Customer Car | 400.00 | 828.80 | 234.89 |
| 5500 · Contract Labor | 50.00 | 192.00 | 90.00 |
| 6100 · Advertising | 1,160.00 | 280.00 | 2,544.73 |
| 6110 · Automobile Expense | 133.16 | 149.94 | 485.80 |
| 6120 · Bank Service Charges | 600.00 | 500.37 | 657.14 |
| 6150 · Depreciation Expense | 3,160.00 | 3,160.00 | 3,160.00 |
| 6155 · Donations | 50.00 | 50.00 | 50.00 |
| 6160 · Dues and Subscriptions | 29.00 | 3.71 | |
| 6180 · Insurance | | | |
|   Liability Insurance | 1,000.00 | 1,000.00 | 1,000.00 |
|   Work Comp | 2,006.00 | 1,565.76 | 1,655.00 |
| **Total 6180 · Insurance** | 3,006.00 | 2,565.76 | 2,655.00 |
| 6250 · Postage and Delivery | 20.00 | 20.00 | 20.00 |
| 6265 · ADP Payroll Service | 112.00 | 112.00 | 112.00 |
| 6270 · Professional Fees | | | |
|   6275 · US Trutee Bankruptcy | 250.00 | | |
|   6280 · Legal Fees | 500.00 | 500.00 | 500.00 |
|   6285 · Accounting | 450.00 | 450.00 | 450.00 |
| **Total 6270 · Professional Fees** | 1,200.00 | 950.00 | 950.00 |
| 6300 · Repairs & Maintenance | | | |
|   Building repair & cleaning | 150.00 | 150.00 | 150.00 |
|   Computer Repairs | 64.53 | | 100.00 |
|   Equipment Repairs | 100.00 | | 100.00 |
|   Lawn expense | 120.00 | 120.00 | 120.00 |
| **Total 6300 · Repairs & Maintenance** | 434.53 | 270.00 | 470.00 |
| 6325 · Office Supplies | 50.00 | 50.00 | 50.00 |
| 6340 · Telephone | 300.00 | 300.00 | 300.00 |
| 6350 · Travel & Entertainment | | | |
|   6370 · Meals | 50.00 | 50.00 | 50.00 |
| **Total 6350 · Travel & Entertainment** | 50.00 | 50.00 | 50.00 |
| 6385 · Uniforms | 100.00 | 100.00 | 100.00 |
| 6390 · Utilities | | | |
|   Alarm | 53.05 | 53.05 | 53.05 |
|   Gas and Electric | 1,533.02 | 1,600.00 | 1,572.79 |
|   Trash | 76.00 | 76.00 | 76.00 |
|   Water | 1,600.00 | 1,600.00 | 1,700.00 |
| **Total 6390 · Utilities** | 3,262.07 | 3,329.05 | 3,401.84 |
| 6560 · Payroll Expenses | | | |
|   Fed Unemp Tax Expense | 144.53 | 105.66 | 81.11 |
|   Fica & Medicare Expense | 1,685.60 | 1,525.51 | 1,576.33 |
|   Salary & wage expense | 22,034.06 | 19,941.61 | 20,605.25 |
|   TX Workforce tax exp | 511.84 | 447.62 | 394.30 |
| **Total 6560 · Payroll Expenses** | 24,376.03 | 22,020.40 | 22,656.99 |

6:09 PM

12/26/04

Accrual Basis

# Majestic Car Spa 1 LLP
## Profit & Loss Forecast Overview
### January through December 2006

|  | Apr 06 | May 06 | Jun 06 |
|---|---|---|---|
| **6820 · Taxes** | | | |
| Property | 1,460.00 | 1,460.00 | 1,460.00 |
| **Total 6820 · Taxes** | 1,460.00 | 1,460.00 | 1,460.00 |
| **Total Expense** | 39,952.79 | 36,392.03 | 39,458.39 |
| **Net Ordinary Income** | 6,296.07 | 6,280.10 | 5,070.60 |
| **Net Income** | 6,296.07 | 6,280.10 | 5,070.60 |

6:09 PM

12/26/04

Accrual Basis

# Majestic Car Spa 1 LLP
## Profit & Loss Forecast Overview
### January through December 2006

| | Jul 06 | Aug 06 | Sep 06 |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| 4000 · Merchandise Sales | 59,043.53 | 52,962.60 | 53,366.68 |
| 4001 · Discounts | -5,540.98 | -2,479.40 | -4,326.24 |
| **Total Income** | 53,502.55 | 50,483.20 | 49,040.44 |
| **Cost of Goods Sold** | | | |
| 5000 · Cost Of Goods Sold | 1,800.00 | 1,925.00 | 1,700.00 |
| 5100 · Car Wash Supplies | 2,500.00 | 1,500.00 | 1,956.06 |
| **Total COGS** | 4,300.00 | 3,425.00 | 3,656.06 |
| **Gross Profit** | 49,202.55 | 47,058.20 | 45,384.38 |
| **Expense** | | | |
| 5250 · Repair of Customer Car | 200.00 | 200.00 | 200.00 |
| 5500 · Contract Labor | 225.42 | 200.00 | 200.00 |
| 6100 · Advertising | 428.00 | 670.36 | 1,500.00 |
| 6110 · Automobile Expense | 125.00 | 325.85 | 113.43 |
| 6120 · Bank Service Charges | 794.86 | 917.59 | 638.84 |
| 6150 · Depreciation Expense | 3,160.00 | 3,160.00 | 3,160.00 |
| 6155 · Donations | 50.00 | 50.00 | 50.00 |
| 6160 · Dues and Subscriptions | 50.00 | 50.00 | 50.00 |
| 6180 · Insurance | | | |
| Liability Insurance | 1,000.00 | 1,000.00 | 583.75 |
| Work Comp | 1,709.00 | 2,029.00 | 1,931.00 |
| **Total 6180 · Insurance** | 2,709.00 | 3,029.00 | 2,514.75 |
| 6260 · Postage and Delivery | 20.00 | 20.00 | 20.00 |
| 6265 · ADP Payroll Service | 112.00 | 112.00 | 112.00 |
| 6270 · Professional Fees | | | |
| 6275 · US Trutee Bankruptcy | | | |
| 6280 · Legal Fees | 500.00 | 500.00 | 500.00 |
| 6285 · Accounting | 450.00 | 450.00 | 450.00 |
| **Total 6270 · Professional Fees** | 950.00 | 950.00 | 950.00 |
| 6300 · Repairs & Maintenance | | | |
| Building repair & cleaning | 150.00 | 150.00 | 150.00 |
| Computer Repairs | 100.00 | 100.00 | 64.95 |
| Equipment Repairs | 100.00 | 100.00 | 70.36 |
| Lawn expense | 120.00 | 120.00 | 120.00 |
| **Total 6300 · Repairs & Maintenance** | 470.00 | 470.00 | 405.31 |
| 6325 · Office Supplies | 50.00 | 50.00 | 50.00 |
| 6340 · Telephone | 322.55 | 330.00 | 507.82 |
| 6350 · Travel & Entertainment | | | |
| 6370 · Meals | 50.00 | 50.00 | 50.00 |
| **Total 6350 · Travel & Entertainment** | 50.00 | 50.00 | 50.00 |
| 6385 · Uniforms | 100.00 | 100.00 | 100.00 |
| 6390 · Utilities | | | |
| Alarm | 53.05 | 53.05 | 53.05 |
| Gas and Electric | 2,000.00 | 2,100.00 | 2,595.26 |
| Trash | 76.00 | 76.00 | 76.00 |
| Water | 1,894.80 | 1,500.00 | 1,128.89 |
| **Total 6390 · Utilities** | 4,023.86 | 3,729.05 | 3,853.20 |
| 6560 · Payroll Expenses | | | |
| Fed Unemp Tax Expense | 93.06 | 113.93 | 70.31 |
| Fica & Medicare Expense | 1,847.37 | 2,676.31 | 1,608.46 |
| Salary & wage expense | 22,148.61 | 22,984.34 | 21,599.50 |
| TX Workforce tax exp | 1,740.78 | 453.70 | 260.42 |
| **Total 6560 · Payroll Expenses** | 25,829.82 | 26,228.28 | 23,538.69 |

Page 6

6:09 PM

12/26/04

Accrual Basis

# Majestic Car Spa 1 LLP
## Profit & Loss Forecast Overview
### January through December 2006

|  | Jul 06 | Aug 06 | Sep 06 |
|---|---|---|---|
| **6820 · Taxes** | | | |
| Property | 1,460.00 | 1,460.00 | 1,460.00 |
| Total 6820 · Taxes | 1,460.00 | 1,460.00 | 1,460.00 |
| **Total Expense** | 41,130.50 | 42,052.13 | 39,424.04 |
| **Net Ordinary Income** | 8,072.05 | 5,006.07 | 5,960.34 |
| **Net Income** | 8,072.05 | 5,006.07 | 5,960.34 |

6:09 PM

12/26/04

Accrual Basis

# Majestic Car Spa 1 LLP
## Profit & Loss Forecast Overview
### January through December 2006

|  | Oct 06 | Nov 06 | Dec 06 |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| 4000 · Merchandise Sales | 58,499.03 | 51,632.96 | 54,633.19 |
| 4001 · Discounts | -4,056.52 | -5,336.34 | -5,993.90 |
| **Total Income** | 54,442.51 | 46,296.62 | 48,639.29 |
| **Cost of Goods Sold** | | | |
| 5000 · Cost Of Goods Sold | 1,500.00 | 1,500.00 | 1,600.00 |
| 5100 · Car Wash Supplies | 1,680.60 | 1,226.66 | 1,492.99 |
| **Total COGS** | 3,180.60 | 2,726.66 | 3,092.99 |
| **Gross Profit** | 51,261.91 | 43,569.96 | 45,546.30 |
| **Expense** | | | |
| 5250 · Repair of Customer Car | 130.00 | 70.00 | 44.76 |
| 5500 · Contract Labor | 200.00 | 250.00 | 200.00 |
| 6100 · Advertising | 2,031.11 | 1,065.40 | 717.70 |
| 6110 · Automobile Expense | 125.00 | 113.55 | 124.10 |
| 6120 · Bank Service Charges | 775.03 | 1,015.00 | 858.82 |
| 6150 · Depreciation Expense | 3,160.00 | 3,160.00 | 3,160.00 |
| 6155 · Donations | 50.00 | 50.00 | 50.00 |
| 6160 · Dues and Subscriptions | 285.00 | | |
| 6180 · Insurance | | | |
|   Liability Insurance | 1,000.00 | 1,000.00 | 2,681.74 |
|   Work Comp | 4,569.00 | 1,900.00 | 583.51 |
| **Total 6180 · Insurance** | 5,569.00 | 2,900.00 | 3,265.25 |
| 6250 · Postage and Delivery | 20.00 | 20.00 | 20.00 |
| 6265 · ADP Payroll Service | 112.00 | 112.00 | 112.00 |
| 6270 · Professional Fees | | | |
|   6275 · US Trutee Bankruptcy | | | |
|   6280 · Legal Fees | 500.00 | 500.00 | 500.00 |
|   6285 · Accounting | 450.00 | 450.00 | 450.00 |
| **Total 6270 · Professional Fees** | 950.00 | 950.00 | 950.00 |
| 6300 · Repairs & Maintenance | | | |
|   Building repair & cleaning | 150.00 | 150.00 | 150.00 |
|   Computer Repairs | 100.00 | 100.00 | 100.00 |
|   Equipment Repairs | 100.00 | 292.28 | 100.00 |
|   Lawn expense | 120.00 | 120.00 | 120.00 |
| **Total 6300 · Repairs & Maintenance** | 470.00 | 662.28 | 470.00 |
| 6325 · Office Supplies | 50.00 | 50.00 | 50.00 |
| 6340 · Telephone | 399.50 | 170.32 | 300.00 |
| 6350 · Travel & Entertainment | | | |
|   6370 · Meals | 50.00 | 50.00 | 50.00 |
| **Total 6350 · Travel & Entertainment** | 50.00 | 50.00 | 50.00 |
| 6385 · Uniforms | 100.00 | 100.00 | 100.00 |
| 6390 · Utilities | | | |
|   Alarm | 53.05 | 53.05 | 53.05 |
|   Gas and Electric | 3,340.34 | 3,216.36 | 4,126.58 |
|   Trash | 76.00 | 76.00 | 76.00 |
|   Water | 1,200.00 | 1,200.00 | 1,200.00 |
| **Total 6390 · Utilities** | 4,669.39 | 4,545.41 | 5,455.63 |
| 6560 · Payroll Expenses | | | |
|   Fed Unemp Tax Expense | 83.01 | 42.61 | 74.85 |
|   Fica & Medicare Expense | 1,770.49 | 974.36 | 1,603.51 |
|   Salary & wage expense | 21,930.05 | 19,712.75 | 21,109.03 |
|   TX Workforce tax exp | 1,397.79 | 159.27 | 304.70 |
| **Total 6560 · Payroll Expenses** | 25,181.34 | 20,888.99 | 23,092.09 |

6:09 PM
12/26/04
Accrual Basis

**Majestic Car Spa 1 LLP**
**Profit & Loss Forecast Overview**
January through December 2006

| | Oct 06 | Nov 06 | Dec 06 |
|---|---|---|---|
| 6820 · Taxes | | | |
| Property | 1,460.00 | 1,460.00 | 1,460.00 |
| Total 6820 · Taxes | 1,460.00 | 1,460.00 | 1,460.00 |
| Total Expense | 45,787.37 | 37,632.95 | 40,480.35 |
| Net Ordinary Income | 5,474.54 | 5,937.01 | 5,065.95 |
| Net Income | 5,474.54 | 5,937.01 | 5,065.95 |

6:09 PM
12/26/04
Accrual Basis

# Majestic Car Spa 1 LLP
## Profit & Loss Forecast Overview
### January through December 2006

|  | TOTAL Jan - Dec 06 |
|---|---|
| **Ordinary Income/Expense** | |
| Income | |
| 4000 · Merchandise Sales | 641,311.35 |
| 4001 · Discounts | -51,050.68 |
| **Total Income** | 590,260.67 |
| **Cost of Goods Sold** | |
| 5000 · Cost Of Goods Sold | 19,145.99 |
| 5100 · Car Wash Supplies | 20,803.73 |
| **Total COGS** | 39,949.72 |
| **Gross Profit** | 550,310.95 |
| **Expense** | |
| 5250 · Repair of Customer Car | 3,108.45 |
| 5500 · Contract Labor | 2,657.42 |
| 6100 · Advertising | 13,680.07 |
| 6110 · Automobile Expense | 2,097.82 |
| 6120 · Bank Service Charges | 8,471.48 |
| 6150 · Depreciation Expense | 37,920.00 |
| 6155 · Donations | 600.00 |
| 6160 · Dues and Subscriptions | 417.71 |
| 6180 · Insurance | |
| Liability Insurance | 13,267.44 |
| Work Comp | 22,181.27 |
| **Total 6180 · Insurance** | 35,448.71 |
| 6250 · Postage and Delivery | 241.87 |
| 6265 · ADP Payroll Service | 1,344.00 |
| 6270 · Professional Fees | |
| 6275 · US Trutee Bankruptcy | 500.00 |
| 6280 · Legal Fees | 6,000.00 |
| 6285 · Accounting | 5,400.00 |
| **Total 6270 · Professional Fees** | 11,900.00 |
| 6300 · Repairs & Maintenance | |
| Building repair & cleaning | 1,850.00 |
| Computer Repairs | 1,108.28 |
| Equipment Repairs | 1,262.64 |
| Lawn expense | 1,440.00 |
| **Total 6300 · Repairs & Maintenance** | 5,660.92 |
| 6325 · Office Supplies | 600.00 |
| 6340 · Telephone | 4,066.24 |
| 6350 · Travel & Entertainment | |
| 6370 · Meals | 600.00 |
| **Total 6350 · Travel & Entertainment** | 600.00 |
| 6385 · Uniforms | 1,200.00 |
| 6390 · Utilities | |
| Alarm | 636.60 |
| Gas and Electric | 26,327.24 |
| Trash | 912.00 |
| Water | 20,097.10 |
| **Total 6390 · Utilities** | 47,972.94 |
| 6560 · Payroll Expenses | |
| Fed Unemp Tax Expense | 1,355.12 |
| Fica & Medicare Expense | 20,103.84 |
| Salary & wage expense | 255,108.16 |
| TX Workforce tax exp | 7,567.11 |
| **Total 6560 · Payroll Expenses** | 284,134.23 |

6:09 PM

12/28/04

Accrual Basis

# Majestic Car Spa 1 LLP
## Profit & Loss Forecast Overview
### January through December 2006

| | TOTAL |
| --- | --- |
| | Jan - Dec 06 |
| **6820 · Taxes** | |
| Property | 17,520.00 |
| Total 6820 · Taxes | 17,520.00 |
| **Total Expense** | 479,621.86 |
| **Net Ordinary Income** | 70,689.09 |
| **Net Income** | 70,689.09 |

4:47 PM

12/26/04

Accrual Basis

# Majestic Car Spa 1 LLP
## Profit & Loss Forecast Overview
### January through December 2005

| | Jan 05 | Feb 05 | Mar 05 |
|---|---|---|---|
| **6390 · Utilities** | | | |
| Alarm | 53.05 | 53.05 | 53.05 |
| Gas and Electric | 1,459.66 | 1,563.24 | 1,219.99 |
| Internet | 119.40 | | |
| Trash | 76.00 | 76.00 | 76.00 |
| Water | 1,638.29 | 981.50 | 3,835.12 |
| Total 6390 · Utilities | 3,346.40 | 2,673.79 | 5,184.16 |
| **6560 · Payroll Expenses** | | | |
| Fed Unemp Tax Expense | 227.30 | 149.85 | 168.90 |
| Fica & Medicare Expense | 1,400.00 | 1,485.57 | 1,500.00 |
| Salary & wage expense | 17,000.00 | 20,000.00 | 20,000.00 |
| TX Workforce tax exp | 600.00 | 524.32 | 500.00 |
| Total 6560 · Payroll Expenses | 19,227.30 | 22,159.74 | 22,168.90 |
| **6820 · Taxes** | | | |
| Property | 1,460.00 | 1,460.00 | 1,460.00 |
| Total 6820 · Taxes | 1,460.00 | 1,460.00 | 1,460.00 |
| **Total Expense** | 32,537.03 | 35,581.28 | 39,831.59 |
| **Net Ordinary Income** | 5,125.72 | 8,058.81 | 5,742.89 |
| **Net Income** | 5,125.72 | 8,058.81 | 5,742.89 |

4:47 PM

12/28/04

Accrual Basis

# Majestic Car Spa 1 LLP
## Profit & Loss Forecast Overview
### January through December 2005

| | Apr 05 | May 05 | Jun 05 |
|---|---|---|---|
| **6390 · Utilities** | | | |
| Alarm | 197.54 | 53.05 | 53.05 |
| Gas and Electric | 1,533.02 | 1,600.00 | 1,572.79 |
| Internet | | | |
| Trash | 76.00 | 76.00 | 76.00 |
| Water | 1,398.94 | 1,600.00 | 1,600.00 |
| **Total 6390 · Utilities** | 3,205.50 | 3,329.05 | 3,301.84 |
| **6560 · Payroll Expenses** | | | |
| Fed Unemp Tax Expense | 144.53 | 105.66 | 81.11 |
| Fica & Medicare Expense | 1,685.60 | 1,525.51 | 1,576.33 |
| Salary & wage expense | 22,034.06 | 19,941.61 | 19,000.00 |
| TX Workforce tax exp | 511.84 | 447.62 | 394.30 |
| **Total 6560 · Payroll Expenses** | 24,376.03 | 22,020.40 | 21,051.74 |
| **6820 · Taxes** | | | |
| Property | 1,460.00 | 1,460.00 | 1,460.00 |
| **Total 6820 · Taxes** | 1,460.00 | 1,460.00 | 1,460.00 |
| **Total Expense** | 38,382.23 | 39,400.23 | 37,028.14 |
| **Net Ordinary Income** | 6,836.50 | 8,071.64 | 6,157.88 |
| **Net Income** | 6,836.50 | 8,071.64 | 6,157.88 |