**ERIC A. LIEPINS**
**ERIC A. LIEPINS, P.C.**
12770 Coit Road, Suite 1100
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - Telefax

Proposed Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| SIGNATURE CAR SPA I, L.P. | § | |
| | § | Case no. 04-80418-HDH-11 |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | NO HEARING SET |

**POST-CONFIRMATION REPORT AND APPLICATION**
**FOR FINAL DECREE**

The undersigned submits this Post Confirmation Report and Application for Final Decree, and certifies that the Plan of Reorganization, as confirmed by the Court, is being fully administered. The undersigned further certifies: the transfer of all or substantially all of the property proposed by the confirmed Plan of Reorganization to be transferred has been transferred; creditors with equity security interests whose claims have not been disallowed, and to indenture trustees who have filed claims pursuant to Rule 3003(c)(5) which have been allowed, and distribution of any other deposits or payments required by the confirmed Plan of Reorganization has occurred; the payment of all sums payable to the Clerk of Court for noticing and claims processing charges has been paid and; fees to professionals have been approved and

paid.

        **Respectfully submitted,**

        **ERIC A. LIEPINS**
        **Attorney at Law**
        **Suite 1100**
        **12770 Coit Road**
        **Dallas, Texas  75251**
        **(972) 991-5591**
        **(972) 991-5788 (Fax)**


        **By:___/s/ Eric Liepins_____**
          **Eric A. Liepins**
          **State Bar No. 12338110**

**Application for Final Decree  - PAGE 2**